IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
UNITED STATES OF AMERICA,    )
                             )
            v.               )
                             )   Criminal No. 06-386
RICHARD DUNBAR,              )
            Defendant.       )
```

ORDER

AND NOW, this 9th day of July, 2007, following defendant's entry of a guilty plea, IT IS HEREBY ORDERED THAT the probation office will prepare a pre-sentence investigation report.  Thereafter, the probation office will forward a copy of that report to defense counsel to review with his client prior to sentencing.  The probation office will also forward a copy of the report to the Assistant United States Attorney.

If either party disputes facts contained in the report that are material to sentencing, it will be that party's obliga-tion to seek administrative resolution of that matter through a pre-sentence conference with opposing counsel and the probation officer.  Thereafter, defense counsel and the Assistant United States Attorney will each file with the clerk of court, and serve upon opposing counsel and the probation office, their positions with respect to sentencing factors.  This pleading will be accompanied by a written statement certifying that filing counsel has conferred with opposing counsel and the probation office in an attempt to resolve any disputed matter.

After receipt of the parties' positions, the reporting
probation officer will make any necessary investigation and
revisions to the report.  In any event, the reporting
probation officer will prepare an addendum to the report that
sets forth any objection to the report that has been made by
counsel but not resolved, together with the probation
officer's comments.  The probation officer will certify that
the report, any revisions thereto, and the addendum have been
disclosed to the defendant and all counsel and that the
addendum fairly sets forth all remaining objections.

Finally, any written letters from family, friends or
supporters of the defendant, any written victim impact
statements, or any other writings the defendant or the government
wants the court to consider in fashioning a sentence shall be
attached as exhibits to that party's "Memorandum In Aid Of
Sentencing" and shall be electronically filed, accordingly.
Counsel are to discourage individuals from sending such material
directly to the court and any such material sent directly to the
court will be forwarded to the appropriate counsel of record for
electronic filing.

BY THE COURT:

s/Gary L. Lancaster
Gary L. Lancaster,
United States District Judge

cc:   United States Attorney
      Defense Counsel
      United States Probation Office